RECEIVED
IN LAKE CHARLES, LA
AUG 2 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06 CR 20020-002 |
| VS. | : | JUDGE MINALDI |
| CARMITA C. GONZALEZ TRAHAN | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM RULING

Presently before the court are the defendant's objections[1] to the Presentence Report ("PSR") prepared by the Probation Department.

Objections numbered one, three and four have been withdrawn[2] in light of the Amended Presentence Report. Objections five through nine have been classified as "responses" rather than objections and do not require a ruling by the court.

The remaining objection concerns offense conduct. Counsel asserts that many of the "investigative materials in this case have been found by the court to contain statements that this Court has concluded are 'at the very best, a reckless disregard for the truth.'"[3] This Memorandum Order specifically addressed the foundation for the state search warrant issued on February 13, 2006, which was executed against Jacob Furlow, a co-defendant. This was a ruling on Furlow's Motion

---

[1] The defendant's untimely objections were received by Probation on July 25, 2007, although they were dated June 29, 2007.

[2] The defendant also filed a "Response to Second Addendum to the Presentence Report" on August 14, 2007.

[3] Memorandum Order, August 26, 2006, doc. 75.

to Suppress which predates the Superseding Indictment under which Trahan is now charged.

The defendant argues that the statements contained in "Offense Conduct" and relied upon by the Probation Department are not credible. The defendant is being held accountable for 500 grams of methamphetamine based upon relevant conduct. In the factual basis for her plea agreement, Trahan stipulated that she was "personally involved in distributing or facilitating the distribution of five hundred (500) grams or more of a mixture of a substance containing Methamphetamine and that she conspired with others to effect such distribution." The defendant has admitted to the amount upon which her advisory guideline has been computed. Accordingly, this objection is OVERRULED.

Lake Charles, Louisiana, this 22 day of August, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE